[No. 34958-2-II. Division Two. March 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RICHARD RUDNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03874-1, Vicki L. Hogan, J., entered April 28, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, J.; Hunt, J., dissenting.

[No. 34960-4-II. Division Two. March 4, 2008.]

ROBERT E. BENOIT, *Appellant*, v. SHARON CARLSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-14225-7, Frederick W. Fleming, J., entered May 12, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35104-8-II. Division Two. March 4, 2008.]

*In the Matter of the Marriage of* TAWNA L. CROW-CYR, *Appellant*, and JOHN F. CYR, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-02126-2, Frederick W. Fleming, J., entered June 16, 2006. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 35761-5-II. Division Two. March 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JOSEPH HOSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-01837-4, Richard A. Strophy, J., entered January 8, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.